B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Colorado Denver Delivery Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **84-0689216** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7170 Dahlia St**<br>**Commerce City, CO**<br>ZIPCODE **80022-1831** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Adams** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 17569**<br>**Denver, CO**<br>ZIPCODE **80217-0569** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**7170 Dahlia St, Commerce City, CO**<br>ZIPCODE **80022-1831** | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                        Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Colorado Denver Delivery Inc** |
|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                            Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Colorado Denver Delivery Inc** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Harvey Sender*
Signature of Attorney for Debtor(s)

**Harvey Sender 7546**
**Sender & Wasserman, P.C.**
**1660 Lincoln St. Suite 2200**
**Denver, CO  80264**
**(303) 296-1999  Fax: (303) 296-7600**
**sender@sendwass.com**

**September  8, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Thomas Haney*
Signature of Authorized Individual

**Thomas Haney**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September  8, 2009**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                      Case No. _____

**Colorado Denver Delivery Inc**                            Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| AICCO, Inc.<br>45 E River Park Pl W Ste 308<br>Fresno, CA  93720-1565 | | | | 31,993.99 |
| EDP Truck Repairs<br>1707 S 4490 W # 2<br>Salt Lake City, UT  84104-4708 | Richard Carling<br>420 E South Temple # S470<br>Salt Lake City, UT  84111-1319 | | | 23,645.45 |
| Shoco Oil, Inc.<br>PO Box 867<br>Brighton, CO  80601-0867 | Ronald J. Cohen<br>2325 W 72nd Ave<br>Denver, CO  80221-3101 | | | 21,000.00 |
| Hub Transportation<br>6075 E 60th Ave<br>Commerce City, CO  80022-3351 | | | | 19,760.00 |
| Workers Compensation Fund<br>PO Box 26488<br>Salt Lake City, UT  84126-0488 | | | | 19,377.20 |
| RAC Transport<br>PO Box 17459<br>Denver, CO  80217-0459 | | | | 18,579.12 |
| Anthem Blue Cross & Blue Shield<br>700 Broadway<br>Denver, CO  80273-0001 | | | | 14,429.94 |
| Pinnacol Insurance<br>Dept 500<br>Denver, CO  80281-0500 | | | | 9,946.00 |
| Corlett Express<br>PO Box 26393<br>Salt Lake City, UT  84126-0393 | | | | 9,811.47 |
| Al Park Petroleum<br>PO Box 1600<br>Elko, NV  89803-1600 | | | | 7,000.00 |
| XTRA Lease<br>PO Box 99262<br>Chicago, IL  60693-9262 | Synter Resource Group<br>PO Box 63247<br>North Charleston, SC  29419-3247 | | | 6,582.10 |
| Englert Inc.<br>1221 E 56th Ave<br>Denver, CO  80216-1536 | | | | 6,272.51 |
| Premier Comml Tire<br>PO Box 17482<br>Denver, CO  80217-0482 | | | | 5,568.10 |
| Independent Tire<br>1425 Industrial Rd Ste 13<br>Salt Lake City, UT  84104-3836 | | | | 5,535.22 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Robert B. Riss Marital Trust**<br>**2510 Grand Blvd Apt 2704**<br>**Kansas City, MO  64108-2653** | | **5,400.00** |
| **Swift Transportation**<br>**PO Box 643985**<br>**Pittsburgh, PA  15264-3985** | | **5,240.00** |
| **Pitney Bowes**<br>**PO Box 5135**<br>**Shelton, CT  06484-7135** | | **5,000.00** |
| **Wasatch Comml Properties LLC**<br>**PO Box 17569**<br>**Denver, CO  80217-0569** | | **5,000.00** |
| **Fast & Easy Svcs**<br>**785 22 Rd**<br>**Grand Junction, CO  81505-5117** | **Griff, Larson, Laiche, Brennan**<br>**Wright**<br>**422 White Ave Ste 323**<br>**Grand Junction, CO  81501-2555** | **4,924.02** |
| **C & F Food Stores,Inc**<br>**1649 Main St**<br>**Grand Junction, CO  81501-4625** | | **4,600.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor
in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __September  8, 2009__          Signature: **/s/ Thomas Haney**

                                           **Thomas Haney, President**
                                                                        (Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                    Case No. _____

**Colorado Denver Delivery Inc** _____    Chapter **11** _____
                        Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 6,374,903.00 | Gross Revenue FYEnd June 2008 |
| 6,730,075.00 | Gross Revenue FYEnd June 2009 |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Navistar Financial Corporation**<br>**Navistar Leasing Company**<br>**425 N Martingale Rd Ste 1800**<br>**Schaumburg, IL  60173-2216** | **August 2009** | **2001 International Tractor**<br>**1HSCBAERX1J014883**<br>**$20,000.00** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sender & Wasserman, P.C.**<br>**1660 Lincoln St. Suite 2200**<br>**Denver, CO  80264** | **July 1, 2009** | **23,411.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

☐ None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

☐ None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

☐ None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

☐ None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

☐ None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

☐ None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

☐ None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

☐ None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

☐ None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only


None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED
**Christine Haney**
**7170 Dahlia St**
**Commerce City, CO  80022-1831**

**Bailey & Saetveit PC**
**6312 S Fiddlers Green Cir Ste 520N**
**Greenwood Village, CO  80111-4948**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
**January 2007 and August 2009**     **Tom Haney**                 (Specify cost, market, or other basis)

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Tom Haney**<br>**7170 Dahlia Street**<br>**Englewood, CO  80111** | | **Equal Shares** |
| **Robert J. Haney**<br>**7170 Dahlia Street**<br>**Englewood, CO  80111** | | **Equal Shares** |
| **John A. Haney**<br>**7170 Dahlia Street**<br>**Englewood, CO  80111** | | **Equal Shares** |

**22. Former partners, officers, directors and shareholders**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September  8, 2009**          Signature: ***/s/ Thomas Haney***

**Thomas Haney, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                Case No. _____

Colorado Denver Delivery Inc _____     Chapter **11** _____
                          Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **September  8, 2009** _____     Signature: ___*/s/ Thomas Haney*_____
                                                     **Thomas Haney, President**                              Debtor


Date: _____     Signature: _____
                                                                              Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

2 Brothers Trucking
PO Box 1723
Rifle, CO  81650-1723


69th Place LLC
426 Monte Vista Rd
Golden, CO  80401-9679


Advantage Group
PO Box 1180
Grand Junction, CO  81502-1180


AICCO, Inc.
45 E River Park Pl W Ste 308
Fresno, CA  93720-1565


Al Park Petroleum
PO Box 1600
Elko, NV  89803-1600


All State Insurance
2775 Sanders Rd
Northbrook, IL  60062-6110


Allied Waste Services
675 Gladiola St
Salt Lake City, UT  84104-4414


Anthem Blue Cross & Blue Shield
700 Broadway
Denver, CO  80273-0001

```
Atradius Collections
1200 N Arlington Heights Rd # S3410
Itasca, IL  60143-1284


Bill Clark Truckline
311 6th St
Alamosa, CO  81101-2604


Brown Transfer
PO Box 158
Kearney, NE  68848-0158


C & F Food Stores,Inc
1649 Main St
Grand Junction, CO  81501-4625


Carlin Tire Center Inc
PO Box 180
Wells, NV  89835-0180


Carrier Services
PO Box 23320
Murrieta, CA  92562


Chemsearch
2809 Regal Rd Ste 107
Plano, TX  75075-6317


Child Support Services ORS
PO Box 45011
Salt Lake City, UT  84145-0011
```

Choice Point
PO Box 934899
Atlanta, GA   31193-4899


Citywide Banks
PO Box 128
Aurora, CO   80040-0128


Clearing House
PO Box 52107
Phoenix, AZ   85072-0210


Colorado  Casualty Ins
PO Box 17346
Salt Lake City, UT   84117-0346


Colorado Attorney General
1525 Sherman St
Denver, CO   80203-1714


Colorado Department of Labor & Employmen
Denver, CO   80201-0956


Colorado Department of Revenue
PO Box 13200
Denver, CO   80201-4600


Corlett Express
PO Box 26393
Salt Lake City, UT   84126-0393


Dailey Sentinel
734 S 7th St
Grand Junction, CO   81501-7737

```
Delta Dental
Dept 2148
Denver, CO  80291-2148


Department of Transportation
1263 S. Stewart Street
Carson City, NV  89712-0001


Diamond Line Delivery
PO Box 938
Meridian, ID  83680-0938


Division Of IRS
1999 Broadway, Suite 1722
Denver, CO  80202-3008


EDP Truck Repairs
1707 S 4490 W # 2
Salt Lake City, UT  84104-4708


Embarq
PO Box 660068
Dallas, TX  75266-0068


Englert Inc.
1221 E 56th Ave
Denver, CO  80216-1536


Fackler Transportation
3460 Kimball Cir
Colorado Springs, CO  80910-1051
```

```
Family Support Registry Colorado
PO Box 2171
Denver, CO  80201-2171



Fast & Easy Svcs
785 22 Rd
Grand Junction, CO  81505-5117



Financial Pacific Leasing, LLC
3455 S 344th Way Ste 300
Federal Way, WA  98001-9546



Flying J
1104 Country Hills Dr
Ogden, UT  84403-2400



Frontier
PO Box 20550
Rochester, NY  14602-0550



GE Capital Solutions
Transportation FInance
P O Box 822108
Philadelphia, PA  19182-2108



Gray Oil Company
804 Denver Ave
Fort Lupton, CO  80621-2164



Griff, Larson, Laiche, Brennan Wright
422 White Ave Ste 323
Grand Junction, CO  81501-2555
```

Harmon Glass Doctor
424 S 7th St
Grand Junction, CO  81501-7731


Hub Transportation
6075 E 60th Ave
Commerce City, CO  80022-3351


Independent Tire
1425 Industrial Rd Ste 13
Salt Lake City, UT  84104-3836


Internal Revenue Service
Ogden, UT  84201-0039


Internal Revenue Service
Ogden, UT  84201


Internal Revenue Service, District SPS
1999 Broadway, MS 5012 DEN
Denver, CO  80202-3025


IRS - District Counsel
1244 Speer Blvd Ste 500
Denver, CO  80204-3583


Jay V Barney PC
404 E 4500 S Ste A34
Salt Lake City, UT  84107-2710


Komatsu
20434 S Susana Rd
Long Beach, CA  90810-1135

L.C. Webb
175 13th St
Elko, NV  89801-4009


Landmark Financial Corporation
5600 Greenwood Plaza Blvd Ste 350
Greenwood Village, CO  80111-2320


Lucia & Monte Albers
PO Box 458
Brentwood, CA  94513-0458


Luis Crescitelli
17321 Irvine Blvd Ste 110
Tustin, CA  92780-3058


Mountain Valley
PO Box 2569
Manteca, CA  95336-1167


National Payment Center
PO Box 4142
Greenville, TX  75403-4142


Navistar
7510 Brighton Rd
Commerce City, CO  80022-1530


Navistar Financial Corporation
Navistar Leasing Company
425 N Martingale Rd Ste 1800
Schaumburg, IL  60173-2216

NV Energy
542 Commercial St
Elko, NV  89801-3783


NV Energy
PO Box 30086
Reno, NV  89520-3086


Office of Child Support Pymt Ctr
700 Governors Dr # 84
Pierre, SD  57501-2291


Pac Van
293 Paysphere Circle
Chicago, IL  60674-0001


Peterbilt PacLease Of Utah/ Idaho
4235 S 500 W
Salt Lake City, UT  84123-1335


Pinnacol Insurance
Dept 500
Denver, CO  80281-0500


Pitney Bowes
PO Box 5135
Shelton, CT  06484-7135


Premier Comml Tire
PO Box 17482
Denver, CO  80217-0482

Prime Trailer Leasing
10400 E 102nd Ave
Henderson, CO  80640-8494


Quality Tire Company
1335 W 2100 S
Salt Lake City, UT  84119-1403


Qwest
20 E Thomas Rd 21ST Fl
Phoenix, AZ  85012-3114


RAC Transport
PO Box 17459
Denver, CO  80217-0459


Richard Carling
420 E South Temple # S470
Salt Lake City, UT  84111-1319


River City Petroleum
840 Delta Ln
West Sacramento, CA  95691-2801


Robert B. Riss Marital Trust
2510 Grand Blvd Apt 2704
Kansas City, MO  64108-2653


Rocky Mtn Data Svcs
PO Box 5746
Denver, CO  80217-5746

```
Rocky Mtn Power
PO Box 25308
Salt Lake City, UT  84125-0308


Ronald J. Cohen
2325 W 72nd Ave
Denver, CO  80221-3101


Salt Lake City Corp
1530 S West Temple
Salt Lake City, UT  84115-5223


Sapp Brothers Travel Centers
PO Box 45766
Omaha, NE  68145-0766


Securities & Exchange Commission
Bankruptcy Division
175 W Jackson Blvd # 900
Chicago, IL  60604-2615


Shoco Oil, Inc.
PO Box 867
Brighton, CO  80601-0867


Silvermark Capital
5757 Memorial Drive, Second Floor
Houston, TX  77007


Southwest Gas Corporation
PO Box 1190
Carson City, NV  89702-1190
```

```
Sprint
PO Box 4181
Carol Stream, IL  60197-4181



State Coll & Disb Unit-SCADU
PO Box 98950
Las Vegas, NV  89193-8950



SunBridge Capital, Inc
4350 Shawnee Mission Pkwy Ste 300
Fairway, KS  66205-2521



Swift Transportation
PO Box 643985
Pittsburgh, PA  15264-3985



Synergy Business
111 10th Ave S Ste 302
Nashville, TN  37203-3846



Synter Resource Group
PO Box 63247
North Charleston, SC  29419-3247



Systems  Transportation
2700 Madison St
Bellwood, IL  60104-2218



Tannery Leasing LLC
467 Franklin St
Denver, CO  80218-4008
```

```
Taylor Made Iron Svcs
193 1/2 W Commercial St
Elko, NV  89801-3687



Travel Ctrs of America
PO Box 641906
Cincinnati, OH  45264-1906



Triad Leasing & Financial Inc
10116 W Overland Rd
Boise, ID  83709-1428



TruckPro Leasing
2240 S 5370 West
Salt Lake City, UT  84120-1278



Trucks of Nevada
561 Parkson Rd
Henderson, NV  89011-4021



U.S. Equal Employment Opportunity
Commission
350 The Embarcadero Ste 500
San Francisco, CA  94105-1255



UCN
7730 Union Park Ave Ste 500
Midvale, UT  84047-5572



US Attorney - Colorado
District Of Colorado, Civ. Div.
1225 17th St Ste 700
Denver, CO  80202-5598
```

US Attorney General
Dept. Of Justice Tax Division
P O Box 683, Ben Franklin Station
Washington, DC   20044-0683


Utah Paper Box
348 W 200 S
Salt Lake City, UT   84101


UTAH State Tax Commission
210 N 1950 W
Salt Lake City, UT   84134-0700


Vanco Warehouse
2597 California Ave
Salt Lake City, UT   84104-4527


Volvo Commercial Finance
7025 Albert Pick Rd Ste 105
Greensboro, NC   27409-9519


Wallwork Financial Corporation
900 35th Street NW
Fargo, ND   58107-0628


Wasatch Comml Properties LLC
PO Box 17569
Denver, CO   80217-0569


Washington State Support Registry
PO Box 45868
Olympia, WA   98504-5868

```
Weatherguard
4850 Moline St
Denver, CO  80239-2624


Workers Compensation Fund
PO Box 26488
Salt Lake City, UT  84126-0488


Xcel Energy
PO Box 840
Denver, CO  80201-0840


XTRA Lease
PO Box 99262
Chicago, IL  60693-9262
```

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                             Case No. _____

**Colorado Denver Delivery Inc** _____    Chapter **11** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 16 | $ 1,382,555.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 1,186,754.87 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $ 725,728.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $ 268,849.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 42 | $ 1,382,555.00 | $ 2,181,332.31 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Colorado Denver Delivery Inc**
_____    Case No. _____
                                    Debtor(s)                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Colorado Denver Delivery Inc**                              Case No. _____
_____
                         Debtor(s)                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citywide Bank Operating Account**<br>**Citywide Bank Payroll Checking Account**<br>**Citywide Bank Savings Account**<br>**Citywide Bank Utah Checking Account** | | **0.00**<br>**0.00**<br>**0.00**<br>**0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE __Colorado Denver Delivery Inc_____     Case No. _____
                                             Debtor(s)                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Citywide AR factored bills** | | **400,000.00** |
| | | **Citywide Reserve Deposit** | | **75,000.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attached Office Inventory List** | | **24,505.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attached Truck Equipment List** | | **883,050.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 1,382,555.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

____ **13** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Inventory .. Sept 04

Denver

| | |
|---|---|
| 1. Lucent Telephone System w/10 Desk Top Phones | 250.00 |
| 1 ea Television Magnavox 6 yrs old | 100.00 |
| 1 ea VCR Emerson 6 yrs old | 25.00 |
| 1 ea Leather Couch | 200.00 |
| 1 ea Leather Loveseat | 200.00 |
| 25 ea Metal\File Cabinets  5 @ ea $20 | 100.00 |
| 12 ea Desks $100 | 1,200 |
| 2 ea Credenza $100 | 200 |
| 3 ea printers $75 | 225 |
| 1 ea IBM computer Main Frame | 500. |
| 10 Desk Top Computer $50. | 500 |
| 3 Lap top computer $400 | 1200 |
| 17ea office chairs $20 ea | 340 |
| 2 ea Fax Machine 100 | 240. |
| 1 copier Savin 10 yr old | 500. |
| 1 copier Cannon 5 yr old | 100 |
| 1 two wheel dolly | 10. |
| 6 Pallet Jacks | 30 |
| 1 Nissan Forklift  10 yrs old | 1,500 |
| 1 Yale Forklift  10 yrs old | 1500 |
| 1 Air Compressor  10 yrs old | 100, |
| 1 Welder | 200. |
| Miscellaneous Tools + Jacks | 3,000. |
| 1 Pitney Bowls Postal Machine Lease | 216 per Month |

# INVENTORY SEPT .09

Las Vagas
1  PALLET JACK                                          100.00
2  Desks   25.00 ea                                      50.00
1  Desk Top Computer                                     50.00
1  Forklift  clark  16 yrs old                        1,500
2  File Cabinets  25 ea                                  50
1  Fax Machine                                          100
1  Printer                                               75

Grand Junction
2  Desks  *25 ea                                         50.
1  Desk Top Computer                                     50..
1  Forklift        10 yrs old                          500.
1  Printer                                               75.00
1  Pallit JACK                                           30.00

Elko
2  Desks   25 ea                                         50.00
2  File Cabinets   25 ea                                 50.00
1  Pallet JACK                                           30.00
1  Air Compressor                                       500.00
1  computer                                             150.00

09/08/2009  09:37    3032891261         COLODENVER
Sep 08 2009 7:38AM    HP LASERJET FAX                    PAGE 13/14
                                                              p.1

SALT LAKE City  1032 So. Redwood

1 HP 3030 Fax/scan/copy                          100.00
1 Corner Desk                                    160.00
5 Desk chairs                                    125.00
3 Reception chairs                                75.00
2 Computers stations (monitor, CPU, Keyboard)   200.00
3 Desk                                           150.00
2 Forklifts ( 1 Toyota (Broken) + 1 Nissan (engine Knock) 3,000.00
1 Pallet Jack                                       30.
1 Carpet Pole                                       30.
1 Soda Machine (not used)                        150.00
1 mop + Bucket                                    10.00
1 air Compresser (gas) on Wheels              1,000.00
1 air Compressor mounted                      1,000.00
1 Lucent phone system partner 6 - 7 Desk Top phones  100.00
3 Cell phones / Radios for Dispatch               50.00
3 Driver Radios                                   50.00
Misc Dock EQUIP Straps, Bars, etc...              50.00
1 Radio for phone system (on hold)                25.00
Misc. staplers, Tape dispensers, paper cutters    50.00
3-2 Door Files                                   175.00
6- 4 Door Files                                  175.00
1- plastic Storage Cabinet                        50.00
misc Shop Equipment - 20 Ton Jack - air hoses - wash hose  2,000
   8 cabinets - 2 Row Shelving - Tire Tools Misc Junk

# 1032 So Redwood
## Continued

| | |
|---|---|
| 3 wall clocks | 10.00 |
| 1 Lateral 2 Door file | 25.00 |
| 1 Glass end Table | 25.00 |
| 1 Computer Stand | 10.00 |
| 1 T/V Stand on wheels | 10.00 |
| 1 Cobenza (2 Drawer) | $100.00 |

09/08/2009   09:37   3032891261   COLODENVER                          PAGE  02/14
08/25/2009   05:13   9099419626   DONNA SMITH                         PAGE  02/08

Colorado Denver Delivery, Inc.
Commerce City, CO 80022

08/24/2009   5:40:34PM
Page 1 of 7

## Unit Master List

Sorted By :   Unit Code
Entire Company

| Unit Code/Description/Unit Type | Year | Make | VIN | License Plate | Current Odometer | Hours |
|---|---|---|---|---|---|---|
| 10202/#10202 Lufkin Trailer/PUP Trailer | 1987 | Lufkin | 1L01A2819H1075734 | 6143DK | 750 | |
| 10204/#10204 Lufkin Trailer/PUP Trailer | 1987 | Lufkin | 1L01A2815H1075746 | RED TAG | 750 | |
| 10495/#10495 Great Dane Trailer/PUP Trailer | 1989 | Great Dane | 1GRAA5617KB177396 | 019KNW | 750 | |
| 107/#107 Peterbuilt Truck/Truck-Tractor | 2006 | Peterbuilt | 1XP5DB9X16D632270 | 154430 | 45,000 | |
| 108/#108 Peterbuilt Truck/Truck-Tractor | 2006 | Peterbuilt | 1XP5DB9X36D632271 | 154431 | 45,000 | |
| 188/#188 International Truck/Truck-Tractor | 1995 | International | 1HSSDAAN4SH675312 | 900DGW | 8,000 | |
| 189/#189 International Truck/Truck-Tractor | 1996 | International | 1HSSDAAN6SH675313 | 901DGW | 8,000 | |
| 192/#192 Ford Truck/Truck-Tractor | 1992 | Ford | 1FTYR82A5NVA18470 | 902DGW | 8,000 | |
| 196/#196 International Truck/Truck-Tractor | 2000 | International | 1HSHBADN2YH252815 | 899DGW | 8000 | |
| 218/#218 Commercial Trailer/PUP Trailer | 1988 | Commercial Trailer | 1H4V02817JJ033554 | 3969ZN | 750 | |
| 219/#219 Commercial Trailer/PUP Trailer | 1991 | Commercial Trailer | 1PTG8DAE6M9005892 | 39693N | 750 | |
| 27630/#27630 Fruehauf Trailer/PUP Trailer | 1984 | Fruehauf | 1H4RV02819EJ010430 | 6176DK | 500 | |
| 27646/#27646 Fruehauf Trailer/Pup Trailer Lift Gate | 1984 | Fruehauf | 1H4V02812EJ010446 | RED TAG | 1000 | |
| 283549/#283549 Fruehauf Trailer/PUP Trailer | 1995 | Fruehauf | 1H2V02816SE052969 | 671PRP | 750 | |
| 283552/#283552 Fruehauf Trailer/PUP Trailer | 1995 | Fruehauf | 1H2V02815SE023883 | 673PRP | 750 | |
| 283554/#283554 Fruehauf Trailer/PUP Trailer | 1995 | Fruehauf | 1H2V02817SE052947 | 675PRP | 750 | |
| 283555/#283555 Fruehauf Trailer/PUP Trailer | | | | | | |

126,500.

09/08/2009  09:37    3032891261          COLODENVER                      PAGE  03/14
08/25/2009  05:13    9099419626          DONNA SMITH                     PAGE  03/08

Colorado Denver Delivery, Inc.
Commerce City, CO 80022

08/24/2009    5:40:34PM
Page 2 of 7

## Unit Master List

Sorted By :   Unit Code
Entire Company

| Unit Code/Description/Unit Type | Year | Make | VIN | License Plate | Current Odometer | Hours |
|---|---|---|---|---|---|---|
| | 1995 | Fruehauf | 1H2V0281XSE052991 | 751PRP | | |
| 283558/#283558 Fruehauf Trailer/PUP Trailer | 1995 | Fruehauf | 1H2V02817SE052916 | 754PRP | 750 | |
| 283560/#283560 Fruehauf Trailer/PUP Trailer | 1995 | Fruehauf | 1H2V02815SE052817 | 755PRP | | |
| 300/#300 Alloy Trailer/PUP Trailer | 1988 | Alloy | 1ALSF6185JS880471 | 1997DP | | |
| 334/#334 International Truck/Straight Truck | 1995 | International | 1HTSCAAM4SH219493 | 730IWX | 900v | |
| 335/#335 International Truck/Straight Truck | 1992 | International | 1HTSDNSP4NH432462 | 508GYG | 400v | |
| 336/#336 International Truck/Straight Truck | 1995 | International | 1HTSDAAP2SH671594 | 783YEZ | 8000 | |
| 337/#337 Ford Truck/Straight Truck | 1995 | Ford | 1FDWR82E6SVA76167 | 929IWX | 8600 | |
| 340/#340 International Truck/Flatbed Straight Truck | 2001 | International | 1HTSDAAN71H349689 | 779PBZ | 10,000 | |
| 341/#341 International Truck/Straight Truck | 1998 | International | 1HTSCAAM3WH575455 | A830TT | 800. | |
| 3737/#3737 International Truck/Truck-Tractor | 1993 | International | 1HSHCAZR8PH503151 | 892DGW | 900b | |
| 3738/#3738 Freightliner Truck/Truck-Tractor | 1996 | Freightliner | 1FUWZMCA8TL779235 | 889DGW | 10,060 | |
| 3739/#3739 White Truck/Truck-Tractor | 1995 | White | 4V1JBARF9SR845232 | 890DGW | 8000 | |
| 3740/#3740 White Truck/Truck-Tractor | 1995 | White | 4V1JBARF2SR845234 | 891DGW | 8000 | |
| 3749/#3749 Freightliner Truck/Truck-Tractor | 1999 | Freightliner | 1FUYSSEB9XPA31621 | 122223 | 10,000 | |
| 3750/#3750 Freightliner Truck/Truck-Tractor | 2000 | Freightliner | 1FUYDDYB2YDF17854 | 122221 | 12,000 | |
| 3752/#3752 International Truck/Truck-Tractor | 1999 | International | 2HSFMAMR7XC030023 | 130108 | 10,000 | |

105,550.

*Colorado Denver Delivery, Inc.*
*Commerce City, CO 80022*

*08/24/2009    5:40:34PM*
*Page 3 of 7*

## Unit Master List

Sorted By:  Unit Code
Entire Company

| Unit Code/Description/Unit Type | Year | Make | VIN | License Plate | Current Odometer | Hours |
|---|---|---|---|---|---|---|
| 3754/#3754 International Truck/Truck-Tractor | 1999 | International | 2HSFMAMR3XC030018 | 130103 | 10,000 ✓ | |
| 3756/#3756 International Truck/Truck-Tractor | 2000 | International | 2HSCEAMR9YC071139 | 136079 | 15,000 | |
| 3757/#3757 International Truck/Truck-Tractor | 2000 | International | 2HSFMAMRXYC030647 | 136078 | | |
| 3758/#3758 Volvo Truck/Truck-Tractor | 2003 | Volvo | 4V4NC9JH53N343310 | 138887 | 15,000 20,000 | |
| 3759/#3759 Volvo Truck/Truck-Tractor | 2003 | Volvo | 4V4NC9GH06N434450 | 139676 | 34,000 | |
| 3760/#3760 Volvo Truck/Truck-Tractor | 2006 | Volvo | 4V4NC9GH26N434451 | 139677 | 34,000 | |
| 3762/#3762 Freightliner Truck/Truck-Tractor | 2006 | Freightliner | 1FUJBBCK86PW24841 | 145877 | 34,000 | |
| 3763/#3763 International Truck/Truck-Tractor | 2001 | International | 1HSCBAER41J014877 | 145861 | 26,000 | |
| 3764/#3764 International Truck/Truck-Tractor | 2001 | International | 1HSCBAERX1J014883 | 145862 | 26,000 | |
| 3765/#3765 Volvo Truck/Truck-Tractor | 2007 | Volvo | 4V4NC9GH57N478817 | 148871 | 40,000 | |
| 3766/#3766 International Truck/Truck-Tractor | 2007 | International | 2HSCNAPR67C421093 | Z001308 | 45,000 | |
| 3767/#3767 International Truck/Truck-Tractor | 2007 | International | 2HSCNAPRX7C421095 | Z001395 | 45,000 | |
| 3768/#3768 International Truck/Truck-Tractor | 2003 | International | 3HSCEAPRX3N074926 | 547DHB | 25,000 | |
| 3769/#3769 International Truck/Truck-Tractor | 2003 | International | 3HSCEAPR13N074927 | 548DHB | 25,000 | |
| 3770/#3770 International Truck/Truck-Tractor | 2003 | International | 3HSCEAPR33N074928 | Z006093 | 25,000 | |
| 3771/#3771 International Truck/Truck-Tractor | 2003 | International | 3HSCEAPR13N074930 | Z006094 | 25,000 | |
| 3772/#3772 International Truck/Truck-Tractor | | | | | | |

412,000.00

09/08/2009  09:37   3032891261        COLODENVER                    PAGE  05/14
08/25/2009  05:13   9099419626        DONNA SMITH                   PAGE  05/08

Colorado Denver Delivery, Inc.                          08/24/2009    5:40:34PM
Commerce City, CO 80022                                 Page 4 of 7

## Unit Master List

Sorted By   Unit Code
Entire Company

| Unit Code/Description/Unit Type | Year | Make | VIN | License Plate | Current Odometer | Hours |
|---|---|---|---|---|---|---|
| | 2005 | International | 3HSCNAPR85N055455 | Z007662 | 25,000 | |
| 400/#400 Great Dane Trailer/Curtain Side Trailer | 1989 | Great Danc | 1GREX5615KM110705 | 2841DP | 5,000 | |
| 402/#402 Utility Trailer/Curtain Side Trailer | 2001 | Utility | 1UYTS12821A531004 | 5710DP | 5,000 | |
| 403/#403 Utility Trailer/Curtain Side Trailer | 2001 | Utility | 1UYTS12801A531003 | 5711DP | 5000 | |
| 404/#404 Utility Trailer/Curtain Side Trailer | 2001 | Utility | 1UYTS12891A531002 | 5712DP | 5000 | |
| 405/#405 Utility Trailer/Curtain Side Trailer | 2001 | Utility | 1UYTS12871A531001 | 5713DP | 5000 | |
| 406/#406 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA2814SM263195 | 782DGH | | |
| 407/#407 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA2815SM262993 | 783DGH | | |
| 408/#408 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA2813SM263172 | 784DGH | 750 | |
| 410/#410 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA2810SM262948 | 786DGH | | |
| 412/#412 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA2819SM263127 | 788DGH | | |
| 413/#413 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA2813SM262958 | 789DGH | | |
| 414/#414 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA2819SM262947 | 790DGH | = 7500 | |
| 415/#415 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA281XSM262942 | 791DGH | | |
| 416/#416 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA281XSM263069 | 792DGH | | |
| 417/#417 Monon Trailer/PUP Trailer | 1995 | Monon | 1NNVA2818SM262924 | 793DGH | | |
| 48-819/#48-819 Hyundai Trailer/Full Trailer | 1996 | Trailmobile | 3H3V482C1TT011096 | RED TAG | 1500 | |

59,000

*Colorado Denver Delivery, Inc.*
*Commerce City, CO 80022*

08/24/2009   5:40:34PM
Page 5 of 7

## Unit Master List

*Sorted By   Unit Code*
*Entire Company*

| Unit Code/Description/Unit Type | Year | Make | VIN | License Plate | Current Odometer | Hours |
|---|---|---|---|---|---|---|
| 480727/# 80727 Road Systems Trailer/Full Trailer | 1995 | Road Systems | 1RZ17D2A7S2000979 | 038KNW | | |
| 480728/# 80728 Road Systems Trailer/Full Trailer | 1995 | Road Systems | 1RZ17D2A5S2001080 | 039KNW | | |
| 480730/# 80730 Road Systems Trailer/Full Trailer | 1995 | Road Systems | 1RZ17D2A7S2000867 | 040KNW | | |
| 480733/# 80733 Road Systems Trailer/Full Trailer | 1995 | Road Systems | 1TZ17D2A4S2000888 | 552KNV | | |
| 480735/#48 0735 Road Systems Trailer/Full Trailer | 1995 | Road Systems | 1RZ17D2A7S000786 | 043KNW | | |
| 53100/#53100 Wabash Trailer/Full Trailer | 1992 | Wabash | 1JJV532Y9NL177946 | 044KNW | | |
| 53720 Xtr v/#53720 Xtra LV Hospital-Trailer/Full Trailer | 2001 | Trailmobile | 1PT01JAH716001149 | 275919 | | |
| 701/#701 Strick Trailer/PUP Trailer | 1995 | Strick | 1S11S8282SD382778 | 6205DK | | |
| 709/#709 Strick Trailer/PUP Trailer | 1995 | Strick | 1S11S8286SD382816 | 37140 | | |
| 820/#820 Hyundai Trailer/Full Trailer | 1996 | Hyundai | 3H3V482C3TT011097 | 3714DV | | |
| 821/#821 Hyundai Trailer/Full Trailer | 1996 | Hyundai | 3H3V482C5TT011098 | 3713DV | | |
| 822/#822 Hyundai Trailer/Full Trailer | 1996 | Hyundai | 3H3V482C7TT011099 | 3712DV | | |
| 823/#823 Hyundai Trailer/Full Trailer | 1996 | Hyundai | 3H3V482CXTT011100 | 3711DV | | |
| 824/#824 Trailmobile Trailer/Full Trailer | 1994 | Trailmobile | 1PTM1JAH9R9001584 | RED TAG | | |
| 825/#825 Fruehauf Trailer/Full Trailer | 1994 | Fruehauf | 1H2V04822RE043R32 | 6191DK | | |
| 826/#826 Fruehauf Trailer/Full Trailer | 1994 | Fruehauf | 1H2V04824RE043833 | RED TAG | | |
| 827/#827 Fruehauf Trailer/Full Trailer | | | | | | |

*handwritten annotations:*
4,500 x 5 = 22,500.

3060

NOT OURS

750 x 2 = 1,500.00

4500 x 7 = 31,500⁰⁰

58,500.00

09/08/2009   09:37      3032891261        COLODENVER                          PAGE   07/14
08/25/2009   05:13      9099419626        DONNA SMITH                         PAGE   07/08

Colorado Denver Delivery, Inc.
Commerce City, CO 80022                                     08/24/2009    5:40:34PM
                                                            Page 6 of 7

## Unit Master List

Sorted By:   Unit Code
Entire Company

| Unit Code/Description/Unit Type | Year | Make | VIN | License Plate | Current Odometer | Hours |
|---|---|---|---|---|---|---|
| | 1994 | Fruehauf | 1H2V04824RE008709 | 6193DK | ~#827 | |
| 828/#828 Fruehauf Trailer/Full Trailer | 1998 | Fruehauf | 1JJV482F2WF525665 | 9214DP | | |
| 829/#829 Fruehauf Trailer/Full Trailer | 1999 | Fruehauf | 1JJV482F9XF605689 | 9215DP | | |
| 830/#830 Fruehauf Trailer/Full Trailer | 2000 | Fruehauf | 1JJV482F4YF600949 | RED TAG | 4500 x 9 = | |
| 834/#834 Wabash Trailer/Full Trailer | 2001 | Wabash | 1JJV482W11L734860 | 55485P | 40,500. | |
| 835/#835 Wabash Trailer/Full Trailer | 2001 | Wabash | 1JJV482W71L734863 | 55484P | | |
| 836/#836 Wabash Trailer/Full Trailer | 2001 | Wabash | 1JJV482W01L758924 | 71268P | | |
| 837/#837 Wabash Trailer/Full Trailer | 2001 | Wabash | 1JJV482W61L758927 | 712690 | | |
| 838/#838 Wabash Trailer/Full Trailer | 2000 | Wabash | 1JJV482W0YL734844 | 54349P | | |
| 8736/#8735 Great Dane Trailer/PUP Trailer | 1985 | Great Dane | 1GRAA561XFS075127 | 030KNW | | |
| 8743/#8743 Great Dane Trailer/PUP Trailer | 1985 | Great Dane | 1GRAA5617FS075134 | 034KNW | | |
| 8833/#8833 Great Dane Trailer/PUP Trailer | 1985 | Great Dane | 1GRAA5612FS075249 | 033KNW | 750 | |
| 8924/#8921 Great Dane Trailer/PUP Trailer | 1986 | Great Dane | 1GRAA5613GS062415 | 035KNW | 8 x 750 | |
| 9500/#9500 Great Dane Trailer/PUP Trailer | 1988 | Great Dane | 1GRAA5615JS101951 | 021KNW | 6000.00 | |
| 9534/#9534 Great Dane Trailer/PUP Trailer | 1988 | Great Dane | 1GRAA5614JS102010 | 027KNW | | |
| 9762/#9762 Great Dane Trailer/PUP Trailer | 1988 | Great Dane | 1GRAA561XJB144164 | 025KNW | | |
| 9821/#9821 Great Dane Trailer/PUP Trailer | 1988 | Great Dane | 1GRAA5612JB144224 | 023KNW | | |

46,500.00

09/08/2009  09:37  3032891261  COLODENVER  PAGE  08/14

08/25/2009  05:13  9099419626  DONNA SMITH  PAGE  08/08

Colorado Denver Delivery, Inc.
Commerce City, CO 80022

08/24/2009  5:40:34PM
Page 7 of 7

# Unit Master List

Sorted By:  Unit Code
Entire Company

| Unit Code / Description/Unit Type | Year | Make | VIN | License Plate | Current Odometer | Hours |
|---|---|---|---|---|---|---|
| S9581/#S1/#81 Doonan Trailer/Step Deck Trailer | | | | | | |
| | 2008 | Doonan | 1D9BG482481609581 | 522DGI | | |
| S9582/#S1/#82 Doonan Trailer/Step Deck Trailer | | | | | | |
| | 2008 | Doonan | 1D9BG482681609582 | 523DGI | | |
| S9583/#S1/#83 Doonan Trailer/Step Deck Trailer | | | | | | |
| | 2008 | Doonan | 1D9BG482881609583 | 524DGI | | |
| S9584/#S1/#84 Doonan Trailer/Step Deck Trailer | | | | | | |
| | 2008 | Doonan | 1D9BG482X81609584 | 525DGI | | |

20,000

Friday, July 17, 2009

These units are currently showing Red Tag or Not Active.
We need to know if these units are in CODI position OR disposed of no longer have equipment.
P=Position and D=Disposed

| TRUCK # | P/D | TRAILER # | P/D | TRAILER # | P/D | TRAILER # | P/D |
|---------|-----|-----------|-----|-----------|-----|-----------|------|
| 5000 197 | P | 215 | | 10207 | | 283548 | Not Dues |
| 8000 339 | P | 216 | | 102-09 | | 482911 | |
| 5000 3721 | P | 217 | | 10210 | | | |
| 5000 3733 | P | 48-340 | 4002 | 10211 | | | |
| 8000 3734 | P | 344 | | 10212 | | | |
| 8000 3751 | P | 347 | | 10213 | | | |
| | | 401 | | 27604 | | | |
| | | 409 | | 27605 | | | |
| | | 411 | | 27606 | | | |
| | | 412 | | 27607 | | | |
| | | 417 | | 27609 | | | |
| | | 500 | | 27610 | | | |
| | | 700 | | 27613 | | | |
| | | 702 | | 27615 | | | |
| | | 703 | | 27616 | | | |
| | | 704 | | 27617 | | | |
| | | 705 | | 27620 | | | |
| | | 706 | | 27621 | | | |
| | | 707 | | 27622 | | | |
| | | 708 | | 27623 | | | |
| | | 814 | | 27624 | | | |
| | | 815 | | 27625 | | | |
| | | 816 | | 27626 | | | |
| | | 817 | | 27627 | | | |
| | | 818 | | 27632 | | | |
| | | 829 | | 27633 | | | |
| | | 833 | | 27634 | | | |
| | | 8638 | | 27637 | | | |
| | | 8820 | | 27638 | | | |
| | | 8927 | | 27639 | | | |
| | | 8936 | | 27641 | | | |
| | | 9857 | | 27642 | | | |
| | | 10026 | | 27644 | | | |
| | | 10150 | | 27645 | | | |
| | | 10201 | | 27648 | | | |
| | | 10205 | | 27649 | | | |
| | | 10206 | | 283546 | Not ok | | |

39,000

2 x 500 = $ 1,500

40,500.

Friday, July 17, 2009

CON GEAR EQUIPMENT LIST

We need to know what is in service, terminal location, red tag, & if disposed of.

Thank you Tom Haney Donna Smith

29 x 500.00

14,500.00

| EQUIPMENT UNIT # | ANNUAL INSP DATE | TERMINAL LOCATION | RED TAG NOT ACTIVE | DISPOSED OF |
|---|---|---|---|---|
| 402 | 09/17/08 | | A | |
| 1016 | 02/14/06 | | | |
| 1017 | 01/22/09 | | | |
| 1018 | 06/12/07 | | | |
| 1020 | 10/31/05 | | | |
| 1022 | 08/11/04 | | | |
| 1026 | 06/13/08 | | | |
| 1028 | 05/10/06 | | | |
| 1029 | 09/19/06 | | | |
| 1030 | 06/17/08 | | 500.00 | |
| 1032 | 08/07/08 | | | |
| 1034 | 07/14/06 | | | |
| 1037 | 07/12/07 | | | |
| 1038 | 05/12/04 | | | |
| 1039 | 04/21/06 | | | |
| 1042 | 10/20/05 | | | |
| 1043 | 05/11/08 | | | |
| 1044 | 06/26/07 | | | |
| 1045 | 07/13/07 | | | |
| 1046 | 07/07/09 | | | |
| 1047 | 08/25/06 | | | |
| 1048 | 01/16/08 | | | |
| 1049 | 01/20/09 | | | |
| 1050 | 08/07/08 | | | |
| 1051 | 10/03/08 | | | |
| 1052 | 07/30/08 | | | |
| 1053 | 07/30/08 | | | |
| 1054 | 05/14/09 | | | |
| 1055 | 05/27/09 | | A | |

**B6C (Official Form 6C) (12/07)**

IN RE **Colorado Denver Delivery Inc** _____   Case No. _____
                                           Debtor(s)                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

**IN RE** Colorado Denver Delivery Inc
_____   Case No. _____
Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **200088238** **Citywide Banks** **PO Box 128** **Aurora, CO  80040-0128** | | | **September 6, 2006** **Business Loan Agreement** **Factoring Account** VALUE $ **400,000.00** | | | | **400,000.00** | |
| ACCOUNT NO. **C9671960** **Citywide Banks** **PO Box 128** **Aurora, CO  80040-0128** | | | **May 10, 2006** **Corporation Resolution to Borrow / Grant Collateral** VALUE $ **4,018.78** | | | | **4,018.78** | |
| ACCOUNT NO. **C9671960** **Citywide Banks** **PO Box 128** **Aurora, CO  80040-0128** | | | **March 31, 2005** **Corporation Resolution to Borrow / Grant Collateral** VALUE $ **34,825.67** | | | | **34,825.67** | |
| ACCOUNT NO. **004-0447479-901** **Financial Pacific Leasing, LLC** **3455 S 344th Way Ste 300** **Federal Way, WA  98001-9546** | | | **Delivery Vans & Trailers** VALUE $ **94,452.60** | | | | **33,058.00** | |

_____**2**_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **471,902.45** | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

**IN RE** Colorado Denver Delivery Inc _____ Case No. _____
            Debtor(s)                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4170707001**<br>**GE Capital Solutions Transportation Finance P O Box 822108 Philadelphia, PA 19182-2108** | | | **Security Agreement**<br><br>VALUE $ **140,000.00** | | | | **90,000.00** | |
| ACCOUNT NO. **EFA2117**<br>**Landmark Financial Corporation 5600 Greenwood Plaza Blvd Ste 350 Greenwood Village, CO 80111-2320** | | | <br><br>VALUE $ **25,150.00** | | | | **25,150.00** | |
| ACCOUNT NO.<br>**Navistar 7510 Brighton Rd Commerce City, CO 80022-1530** | | | **Assignee or other notification for: Landmark Financial Corporation**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **3763 - 3771**<br>**Navistar Financial Corporation Navistar Leasing Company 425 N Martingale Rd Ste 1800 Schaumburg, IL 60173-2216** | | | **Security Agreement**<br><br>VALUE $ **485,450.18** | | | | **259,702.42** | |
| ACCOUNT NO. **432-107 / 432-108**<br>**Peterbilt PacLease Of Utah/ Idaho 4235 S 500 W Salt Lake City, UT 84123-1335** | | | **Lease Agreement**<br><br>VALUE $ **239,243.40** | | | | **35,000.00** | |
| ACCOUNT NO. **40035425-1**<br>**Silvermark Capital 5757 Memorial Drive, Second Floor Houston, TX 77007** | | | **Equipment Lease**<br><br>VALUE $ **110,452.00** | | | | **80,000.00** | |

Sheet no. ____**1**__ of ____**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **489,852.42** | $

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07) - Cont.**

IN RE **Colorado Denver Delivery Inc** _____     Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **66772**<br><br>**SunBridge Capital, Inc**<br>**4350 Shawnee Mission Pkwy Ste 300**<br>**Fairway, KS  66205-2521** | | | **Equipment Lease**<br><br><br>VALUE $ **40,000.00** | | | | **40,000.00** | |
| ACCOUNT NO. **1888.1**<br><br>**Triad Leasing & Financial Inc**<br>**10116 W Overland Rd**<br>**Boise, ID  83709-1428** | | | **Equipment Lease**<br><br><br>VALUE $ **64,000.00** | | | | **18,000.00** | |
| ACCOUNT NO. **3762**<br><br>**TruckPro Leasing**<br>**2240 S 5370 West**<br>**Salt Lake City, UT  84120-1278** | | | **Equipment Lease**<br><br><br>VALUE $ **17,000.00** | | | | **17,000.00** | |
| ACCOUNT NO. **3758 3765 3761**<br><br>**Volvo Commercial Finance**<br>**7025 Albert Pick Rd Ste 105**<br>**Greensboro, NC  27409-9519** | | | **Security Agreement**<br><br><br>VALUE $ **130,000.00** | | | | **130,000.00** | |
| ACCOUNT NO.<br><br>**Wallwork Financial Corporation**<br>**900 35th Street NW**<br>**Fargo, ND  58107-0628** | | | **Truck Buyout**<br><br><br>VALUE $ **20,000.00** | | | | **20,000.00** | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____ **2** of _____ **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **225,000.00** | $

Total
(Use only on last page)  $ **1,186,754.87** | $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Colorado Denver Delivery Inc** _____    Case No. _____
                                                      Debtor(s)                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **4** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc** _____    Case No. _____
                              Debtor(s)                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **566134390 Duke Matael** <br> **Child Support Services ORS** <br> **PO Box 45011** <br> **Salt Lake City, UT  84145-0011** | | | | | | | 75.00 | 75.00 | |
| ACCOUNT NO. **507927535 Steven Close** <br> **Child Support Services ORS** <br> **PO Box 45011** <br> **Salt Lake City, UT  84145-0011** | | | | | | | 122.75 | 122.75 | |
| ACCOUNT NO. **DR-2000-018913 Tim Kr** <br> **Clearing House** <br> **PO Box 52107** <br> **Phoenix, AZ  85072-0210** | | | | | | | 91.06 | 91.06 | |
| ACCOUNT NO. **30-238752-44-5A Todd S** <br> **Family Support Registry Colorado** <br> **PO Box 2171** <br> **Denver, CO  80201-2171** | | | | | | | 99.23 | 99.23 | |
| ACCOUNT NO. **242171019A Steven Clo** <br> **Office of Child Support Pymt Ctr** <br> **700 Governors Dr # 84** <br> **Pierre, SD  57501-2291** | | | | | | | 23.08 | 23.08 | |
| ACCOUNT NO. **RN00D-001012 6445841** <br> **State Coll & Disb Unit-SCADU** <br> **PO Box 98950** <br> **Las Vegas, NV  89193-8950** | | | | | | | 63.38 | 63.38 | |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **474.50** | $ **474.50** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) – Cont.

IN RE **Colorado Denver Delivery Inc** _____   Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

---

### Domestic Support Obligations

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **R12862 Lawrence Holdi**<br><br>**State Coll & Disb Unit-SCADU**<br>**PO Box 98950**<br>**Las Vegas, NV  89193-8950** | | | | | | | **126.92** | **126.92** | |
| ACCOUNT NO. **1855674 John Terry**<br><br>**Washington State Support Registry**<br>**PO Box 45868**<br>**Olympia, WA  98504-5868** | | | | | | | **156.92** | **156.92** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**2**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ **283.84** | $ **283.84** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **365710-00-8-000** <br> **Colorado Department of Labor & Employmen** <br> **Denver, CO  80201-0956** | | | | | | | **4,600.00** | **4,600.00** | |
| ACCOUNT NO. **L0195594** <br> **Colorado Department of Revenue** <br> **PO Box 13200** <br> **Denver, CO  80201-4600** | | | | | | | **9,000.00** | **9,000.00** | |
| ACCOUNT NO. **940 2008** <br> **Internal Revenue Service** <br> **Ogden, UT  84201** | | | | | | | **5,858.23** | **5,858.23** | |
| ACCOUNT NO. **2290 Highway Use Tax** <br> **Internal Revenue Service** <br> **Ogden, UT  84201** | | | | | | | **0.00** | | |
| ACCOUNT NO. **941 June 30, 2008** <br> **Internal Revenue Service** <br> **Ogden, UT  84201-0039** | | | **Penalty / Interest June 2008** | | | | **44,244.96** | **44,244.96** | |
| ACCOUNT NO. **941 June 30, 2009** <br> **Internal Revenue Service** <br> **Ogden, UT  84201** | | | | | | | **153,763.68** | **153,763.68** | |

Sheet no. **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **217,466.87** | $ **217,466.87** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc** _____ Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **941 Dec 31,2008**<br>**Internal Revenue Service**<br>**Ogden, UT  84201** | | | | | | | 210,493.82 | 210,493.82 | |
| ACCOUNT NO. **941 March 31, 2008**<br>**Internal Revenue Service**<br>**Ogden, UT  84201-0039** | | | **Penalty / Interest March 2008** | | | | 4,578.75 | 4,578.75 | |
| ACCOUNT NO. **940 2007**<br>**Internal Revenue Service**<br>**Ogden, UT  84201** | | | | | | | 5,625.59 | 5,625.59 | |
| ACCOUNT NO. **941 March 31 2009**<br>**Internal Revenue Service**<br>**Ogden, UT  84201** | | | | | | | 167,324.14 | 167,324.14 | |
| ACCOUNT NO. **941 Sept 30, 2008**<br>**Internal Revenue Service**<br>**Ogden, UT  84201** | | | | | | | 98,480.54 | 98,480.54 | |
| ACCOUNT NO. **12455355**<br>**UTAH State Tax Commission**<br>**210 N 1950 W**<br>**Salt Lake City, UT  84134-0700** | | | | | | | 21,000.00 | 21,000.00 | |

Sheet no. **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **507,502.84** | $ **507,502.84** | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **725,728.05** | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **725,728.05** | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **Colorado Denver Delivery Inc** _____   Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**2 Brothers Trucking**<br>**PO Box 1723**<br>**Rifle, CO  81650-1723** | | | | | | | **315.00** |
| ACCOUNT NO.<br><br>**69th Place LLC**<br>**426 Monte Vista Rd**<br>**Golden, CO  80401-9679** | | | | | | | **2,200.00** |
| ACCOUNT NO.<br><br>**69th Place LLC**<br>**426 Monte Vista Rd**<br>**Golden, CO  80401-9679** | | | | | | | **1,540.00** |
| ACCOUNT NO. **15-010-018920-0**<br><br>**AICCO, Inc.**<br>**45 E River Park Pl W Ste 308**<br>**Fresno, CA  93720-1565** | | | | | | | **31,993.99** |

_____**13** continuation sheets attached

Subtotal
(Total of this page)   $   **36,048.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Colorado Denver Delivery Inc
_____     Case No. _____
Debtor(s)                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **BG1942318**<br>**Al Park Petroleum**<br>**PO Box 1600**<br>**Elko, NV  89803-1600** | | | | | | | 7,000.00 |
| ACCOUNT NO.<br>**All State Insurance**<br>**2775 Sanders Rd**<br>**Northbrook, IL  60062-6110** | | | | | | | 0.00 |
| ACCOUNT NO. **3-0864-1256668**<br>**Allied Waste Services**<br>**675 Gladiola St**<br>**Salt Lake City, UT  84104-4414** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Anthem Blue Cross & Blue Shield**<br>**700 Broadway**<br>**Denver, CO  80273-0001** | | | | | | | 14,429.94 |
| ACCOUNT NO.<br>**Bill Clark Truckline**<br>**311 6th St**<br>**Alamosa, CO  81101-2604** | | | | | | | 3,975.18 |
| ACCOUNT NO.<br>**Brown Transfer**<br>**PO Box 158**<br>**Kearney, NE  68848-0158** | | | | | | | 1,017.48 |
| ACCOUNT NO.<br>**C & F Food Stores,Inc**<br>**1649 Main St**<br>**Grand Junction, CO  81501-4625** | | | | | | | 4,600.00 |

Sheet no. ____**1**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 31,022.60

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)** – Cont.

**IN RE** Colorado Denver Delivery Inc _____  Case No. _____
_____Debtor(s)_____ _____(If known)_____

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Carlin Tire Center Inc** <br> **PO Box 180** <br> **Wells, NV  89835-0180** | | | | | | | **2,497.06** |
| ACCOUNT NO. <br> **Carrier Services** <br> **PO Box 23320** <br> **Murrieta, CA  92562** | | | | | | | **520.00** |
| ACCOUNT NO. **3142057** <br> **Chemsearch** <br> **2809 Regal Rd Ste 107** <br> **Plano, TX  75075-6317** | | | | | | | **230.26** |
| ACCOUNT NO. **820339** <br> **Choice Point** <br> **PO Box 934899** <br> **Atlanta, GA  31193-4899** | | | | | | | **0.00** |
| ACCOUNT NO. **710-2681-159-01** <br> **Colorado  Casualty Ins** <br> **PO Box 17346** <br> **Salt Lake City, UT  84117-0346** | | | | | | | **716.31** |
| ACCOUNT NO. <br> **Corlett Express** <br> **PO Box 26393** <br> **Salt Lake City, UT  84126-0393** | | | | | | | **9,811.47** |
| ACCOUNT NO. <br> **Dailey Sentinel** <br> **734 S 7th St** <br> **Grand Junction, CO  81501-7737** | | | | | | | **928.20** |

Sheet no. ____**2**__ of __**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,703.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc**
_____
Debtor(s) (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Advantage Group** <br> **PO Box 1180** <br> **Grand Junction, CO  81502-1180** | | | Assignee or other notification for: <br> **Dailey Sentinel** | | | | |
| ACCOUNT NO. **7175  & 7175 -900** <br> **Delta Dental** <br> **Dept 2148** <br> **Denver, CO  80291-2148** | | | | | | | **1,200.00** |
| ACCOUNT NO. **800MISC** <br> **Department of Transportation** <br> **1263 S. Stewart Street** <br> **Carson City, NV  89712-0001** | | | | | | | **1,395.52** |
| ACCOUNT NO. <br> **Diamond Line Delivery** <br> **PO Box 938** <br> **Meridian, ID  83680-0938** | | | | | | | **619.59** |
| ACCOUNT NO. <br> **EDP Truck Repairs** <br> **1707 S 4490 W # 2** <br> **Salt Lake City, UT  84104-4708** | | | | | | | **23,645.45** |
| ACCOUNT NO. <br> **Richard Carling** <br> **420 E South Temple # S470** <br> **Salt Lake City, UT  84111-1319** | | | Assignee or other notification for: <br> **EDP Truck Repairs** | | | | |
| ACCOUNT NO. **702-651-0432-290** <br> **Embarq** <br> **PO Box 660068** <br> **Dallas, TX  75266-0068** | | | | | | | **0.00** |

Sheet no. _____**3**_ of ____**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **26,860.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc**                                                 Case No. _____
                        Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **306338 & 11511763**<br><br>**Englert Inc.**<br>**1221 E 56th Ave**<br>**Denver, CO 80216-1536** | | | | | | | **6,272.51** |
| ACCOUNT NO.<br><br>**Fackler Transportation**<br>**3460 Kimball Cir**<br>**Colorado Springs, CO 80910-1051** | | | | | | | **551.87** |
| ACCOUNT NO.<br><br>**Fast & Easy Svcs**<br>**785 22 Rd**<br>**Grand Junction, CO 81505-5117** | | | | | | | **4,924.02** |
| ACCOUNT NO.<br><br>**Griff, Larson, Laiche, Brennan Wright**<br>**422 White Ave Ste 323**<br>**Grand Junction, CO 81501-2555** | | | **Assignee or other notification for:**<br>**Fast & Easy Svcs** | | | | |
| ACCOUNT NO.<br><br>**Flying J**<br>**1104 Country Hills Dr**<br>**Ogden, UT 84403-2400** | | | | | | | **0.00** |
| ACCOUNT NO. **7757535511 060408 8**<br><br>**Frontier**<br>**PO Box 20550**<br>**Rochester, NY 14602-0550** | | | | | | | **0.00** |
| ACCOUNT NO. **CODE**<br><br>**Gray Oil Company**<br>**804 Denver Ave**<br>**Fort Lupton, CO 80621-2164** | | | | | | | **657.96** |

Sheet no. _____**4**___ of ___**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,406.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc** _____  Case No. _____
                                              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Harmon Glass Doctor** <br> **424 S 7th St** <br> **Grand Junction, CO  81501-7731** | | | | | | | **571.51** |
| ACCOUNT NO. **COLODE1** <br> **Hub Transportation** <br> **6075 E 60th Ave** <br> **Commerce City, CO  80022-3351** | | | | | | | **19,760.00** |
| ACCOUNT NO. <br> **Independent Tire** <br> **1425 Industrial Rd Ste 13** <br> **Salt Lake City, UT  84104-3836** | | | | | | | **5,535.22** |
| ACCOUNT NO. **50413798 Rolando Leon** <br> **Jay V Barney PC** <br> **404 E 4500 S Ste A34** <br> **Salt Lake City, UT  84107-2710** | | | | | | | **154.50** |
| ACCOUNT NO. <br> **Komatsu** <br> **20434 S Susana Rd** <br> **Long Beach, CA  90810-1135** | | | | | | | **935.40** |
| ACCOUNT NO. <br> **Atradius Collections** <br> **1200 N Arlington Heights Rd # S3410** <br> **Itasca, IL  60143-1284** | | | Assignee or other notification for: <br> Komatsu | | | | |
| ACCOUNT NO. <br> **L.C. Webb** <br> **175 13th St** <br> **Elko, NV  89801-4009** | | | | | | | **672.51** |

Sheet no. _____ **5** of _____ **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **27,629.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE **Colorado Denver Delivery Inc** _____  Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lucia & Monte Albers** <br> **PO Box 458** <br> **Brentwood, CA  94513-0458** | | | | | | | **2,998.80** |
| ACCOUNT NO. <br> **Luis Crescitelli** <br> **17321 Irvine Blvd Ste 110** <br> **Tustin, CA  92780-3058** | | | | | | | **1,000.00** |
| ACCOUNT NO. <br> **Mountain Valley** <br> **PO Box 2569** <br> **Manteca, CA  95336-1167** | | | | | | | **2,816.45** |
| ACCOUNT NO. **524691241 Nicole Haney** <br> **National Payment Center** <br> **PO Box 4142** <br> **Greenville, TX  75403-4142** | | | | | | | **82.50** |
| ACCOUNT NO. **925865** <br> **NV Energy** <br> **542 Commercial St** <br> **Elko, NV  89801-3783** | | | | | | | **0.00** |
| ACCOUNT NO. **1888420** <br> **NV Energy** <br> **PO Box 30086** <br> **Reno, NV  89520-3086** | | | | | | | **0.00** |
| ACCOUNT NO. **COLDEL** <br> **Pac Van** <br> **293 Paysphere Circle** <br> **Chicago, IL  60674-0001** | | | | | | | **0.00** |

Sheet no. _____ **6** of _____ **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,897.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Colorado Denver Delivery Inc** _____  Case No. _____
                                       Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4056366** <br><br> **Pinnacol Insurance** <br> **Dept 500** <br> **Denver, CO  80281-0500** | | | | | | | 9,946.00 |
| ACCOUNT NO. **4056366** <br><br> **Pinnacol Insurance** <br> **Dept 500** <br> **Denver, CO  80281-0500** | | | | | | | 0.00 |
| ACCOUNT NO. **8000-9000-0922-4894** <br><br> **Pitney Bowes** <br> **PO Box 5135** <br> **Shelton, CT  06484-7135** | | | | | | | 5,000.00 |
| ACCOUNT NO. <br><br> **Premier Comml Tire** <br> **PO Box 17482** <br> **Denver, CO  80217-0482** | | | | | | | 5,568.10 |
| ACCOUNT NO. **CODENDEL** <br><br> **Prime Trailer Leasing** <br> **10400 E 102nd Ave** <br> **Henderson, CO  80640-8494** | | | | | | | 2,459.54 |
| ACCOUNT NO. **1505715** <br><br> **Quality Tire Company** <br> **1335 W 2100 S** <br> **Salt Lake City, UT  84119-1403** | | | | | | | 0.00 |
| ACCOUNT NO. **720-870-0628** <br><br> **Qwest** <br> **20 E Thomas Rd 21ST Fl** <br> **Phoenix, AZ  85012-3114** | | | | | | | 0.00 |

Sheet no. ___**7**___ of ___**13**___ continuation sheets attached to                                  Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                 (Total of this page) $ **22,973.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc** _____ Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **801-886-9911** **Qwest** **20 E Thomas Rd 21ST Fl** **Phoenix, AZ  85012-3114** | | | | | | | **0.00** |
| ACCOUNT NO. **801-952-1313** **Qwest** **20 E Thomas Rd 21ST Fl** **Phoenix, AZ  85012-3114** | | | | | | | **0.00** |
| ACCOUNT NO. **303-289-5577** **Qwest** **20 E Thomas Rd 21ST Fl** **Phoenix, AZ  85012-3114** | | | | | | | **0.00** |
| ACCOUNT NO. **303-288-0486** **Qwest** **20 E Thomas Rd 21ST Fl** **Phoenix, AZ  85012-3114** | | | | | | | **0.00** |
| ACCOUNT NO. **970-256-9954** **Qwest** **20 E Thomas Rd 21ST Fl** **Phoenix, AZ  85012-3114** | | | | | | | **0.00** |
| ACCOUNT NO. **303-287-2423** **Qwest** **20 E Thomas Rd 21ST Fl** **Phoenix, AZ  85012-3114** | | | | | | | **0.00** |
| ACCOUNT NO. **RAC Transport** **PO Box 17459** **Denver, CO  80217-0459** | | | | | | | **18,579.12** |

Sheet no. _____**8**_ of ___**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **18,579.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Colorado Denver Delivery Inc**
_____                    Case No. _____
                                Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **River City Petroleum** <br> **840 Delta Ln** <br> **West Sacramento, CA  95691-2801** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **River City Petroleum** <br> **840 Delta Ln** <br> **West Sacramento, CA  95691-2801** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Robert B. Riss Marital Trust** <br> **2510 Grand Blvd Apt 2704** <br> **Kansas City, MO  64108-2653** | | | | | | | 5,400.00 |
| ACCOUNT NO. **13174** <br> **Rocky Mtn Data Svcs** <br> **PO Box 5746** <br> **Denver, CO  80217-5746** | | | | | | | 0.00 |
| ACCOUNT NO. **19008186-001-6** <br> **Rocky Mtn Power** <br> **PO Box 25308** <br> **Salt Lake City, UT  84125-0308** | | | | | | | 0.00 |
| ACCOUNT NO. **W1236745** <br> **Salt Lake City Corp** <br> **1530 S West Temple** <br> **Salt Lake City, UT  84115-5223** | | | | | | | 0.00 |
| ACCOUNT NO. **7280** <br> **Sapp Brothers Travel Centers** <br> **PO Box 45766** <br> **Omaha, NE  68145-0766** | | | | | | | 0.00 |

Sheet no. _____**9**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,400.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Colorado Denver Delivery Inc** _____   Case No. _____
                                       Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Repair acct**<br>**Sapp Brothers Travel Centers**<br>**PO Box 45766**<br>**Omaha, NE  68145-0766** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Shoco Oil, Inc.**<br>**PO Box 867**<br>**Brighton, CO  80601-0867** | | | | | | | **21,000.00** |
| ACCOUNT NO.<br>**Ronald J. Cohen**<br>**2325 W 72nd Ave**<br>**Denver, CO  80221-3101** | | | **Assignee or other notification for:**<br>**Shoco Oil, Inc.** | | | | |
| ACCOUNT NO. **251-0033938-027**<br>**Southwest Gas Corporation**<br>**PO Box 1190**<br>**Carson City, NV  89702-1190** | | | | | | | **0.00** |
| ACCOUNT NO. **456382313**<br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL  60197-4181** | | | | | | | **0.00** |
| ACCOUNT NO. **749662313**<br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL  60197-4181** | | | | | | | **0.00** |
| ACCOUNT NO. **538500311**<br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL  60197-4181** | | | | | | | **0.00** |

Sheet no. ____**10**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE __Colorado Denver Delivery Inc_____  Case No. _____
                                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **866600317** <br><br> **Sprint** <br> **PO Box 4181** <br> **Carol Stream, IL  60197-4181** | | | | | | | **0.00** |
| ACCOUNT NO. **673478114** <br><br> **Sprint** <br> **PO Box 4181** <br> **Carol Stream, IL  60197-4181** | | | | | | | **0.00** |
| ACCOUNT NO. **587306** <br><br> **Swift Transportation** <br> **PO Box 643985** <br> **Pittsburgh, PA  15264-3985** | | | | | | | **5,240.00** |
| ACCOUNT NO. <br><br> **Synergy Business** <br> **111 10th Ave S Ste 302** <br> **Nashville, TN  37203-3846** | | | | | | | **568.00** |
| ACCOUNT NO. <br><br> **Systems  Transportation** <br> **2700 Madison St** <br> **Bellwood, IL  60104-2218** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Tannery Leasing LLC** <br> **467 Franklin St** <br> **Denver, CO  80218-4008** | | | | | | | **2,400.00** |
| ACCOUNT NO. <br><br> **Taylor Made Iron Svcs** <br> **193 1/2 W Commercial St** <br> **Elko, NV  89801-3687** | | | | | | | **2,961.11** |

Sheet no. ____**11**__ of ____**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$  **11,169.11**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) – Cont.**

IN RE **Colorado Denver Delivery Inc** _____ Case No. _____
<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Travel Ctrs of America** <br> **PO Box 641906** <br> **Cincinnati, OH  45264-1906** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Trucks of Nevada** <br> **561 Parkson Rd** <br> **Henderson, NV  89011-4021** | | | | | | | **575.52** |
| ACCOUNT NO. **550-2009-01505** <br> **U.S. Equal Employment Opportunity Commission** <br> **350 The Embarcadero Ste 500** <br> **San Francisco, CA  94105-1255** | | | | | | | **0.00** |
| ACCOUNT NO. **11141580** <br> **UCN** <br> **7730 Union Park Ave Ste 500** <br> **Midvale, UT  84047-5572** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Utah Paper Box** <br> **348 W 200 S** <br> **Salt Lake City, UT  84101** | | | | | | | **612.00** |
| ACCOUNT NO. <br> **Vanco Warehouse** <br> **2597 California Ave** <br> **Salt Lake City, UT  84104-4527** | | | | | | | **300.00** |
| ACCOUNT NO. <br> **Wasatch Comml Properties LLC** <br> **PO Box 17569** <br> **Denver, CO  80217-0569** | | | | | | | **5,000.00** |

Sheet no. ___**12**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,487.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

**IN RE** Colorado Denver Delivery Inc
_____   Case No. _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Weatherguard** <br> **4850 Moline St** <br> **Denver, CO  80239-2624** | | | | | | | 1,712.00 |
| ACCOUNT NO. **1117150** <br> **Workers Compensation Fund** <br> **PO Box 26488** <br> **Salt Lake City, UT  84126-0488** | | | | | | | 19,377.20 |
| ACCOUNT NO. <br> **Xcel Energy** <br> **PO Box 840** <br> **Denver, CO  80201-0840** | | | | | | | 0.00 |
| ACCOUNT NO. **53-7595776-3** <br> **Xcel Energy** <br> **PO Box 840** <br> **Denver, CO  80201-0840** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Xcel Energy** <br> **PO Box 840** <br> **Denver, CO  80201-0840** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **XTRA Lease** <br> **PO Box 99262** <br> **Chicago, IL  60693-9262** | | | | | | | 6,582.10 |
| ACCOUNT NO. <br> **Synter Resource Group** <br> **PO Box 63247** <br> **North Charleston, SC  29419-3247** | | | **Assignee or other notification for:** <br> **XTRA Lease** | | | | |

Sheet no. _____**13**___ of _____**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 27,671.30

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ | 268,849.39

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Colorado Denver Delivery Inc _____    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **69th Place LLC**<br>**426 Monte Vista Rd**<br>**Golden, CO  80401-9679** | **Commerce City Office at $2,220.00 per month** |
| **Robert B. Riss Marital Trust**<br>**2510 Grand Blvd Apt 2704**<br>**Kansas City, MO  64108-2653** | **Denver Office at $5,400.00 per month** |
| **Tannery Leasing LLC**<br>**467 Franklin St**<br>**Denver, CO  80218-4008** | **Grand Junction Terminal at $2,400.00 per month** |
| **Lucia & Monte Albers**<br>**PO Box 458**<br>**Brentwood, CA  94513-0458** | **Las Vegas Terminal at $2,998.80 per month** |
| **Luis Crescitelli**<br>**17321 Irvine Blvd Ste 110**<br>**Tustin, CA  92780-3058** | **Nevada Terminal at $1,000.00 per month** |
| **Wasatch Comml Properties LLC**<br>**PO Box 17569**<br>**Denver, CO  80217-0569** | **Salt Lake City Terminal at $5,000.00 per month** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Colorado Denver Delivery Inc**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

**IN RE** **Colorado Denver Delivery Inc** _____    Case No. _____

_____ Debtor(s)                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                                                                                       Debtor

Date: _____    Signature: _____

                                                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Colorado Denver Delivery Inc** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **43** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September  8, 2009** _____    Signature: **_/s/ Thomas Haney_** _____

                                                **Thomas Haney** _____

                                                (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only