## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: ) | |
| ) | |
| COLORADO DENVER DELIVERY, INC. ) | Bankruptcy Case No. 09-28669 EEB |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

_____

**ORDER ESTABLISHING BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3)**

_____

THIS COURT, having reviewed the Motion for Order Setting Bar Date for Filing Proofs of Claim (the "Motion"), filed by Colorado Denver Delivery, Inc., Debtor-in-Possession, being advised in the premises and good cause having been shown, hereby:

ORDERS that the motion is GRANTED.

IT IS FURTHER ORDERED that the Proofs of Claim in the above-captioned Chapter 11 bankruptcy case must be filed no later than **5:00 P.M. PREVAILING MOUNTAIN TIME ON OR BEFORE January 8, 2010** (the "Bar Date").

IT IS FURTHER ORDERED that any claims filed after the Bar Date shall be DISALLOWED. Any individual or entity that is required to file a Proof of Claim and that fails to do so by the Bar Date shall not be treated as a creditor for the purposes of voting or distribution, shall not receive any further notices of mailings in this Chapter 11 case and any claim of such individual or entity shall be forever barred against Colorado Denver Delivery, Inc.

IT IS FURTHER ORDERED that following the Bar Date, a creditor shall not be allowed to amend a claim deemed filed on its behalf pursuant to Bankruptcy Code § 1111(a) by virtue of the listing of such claim by debtors in their respective bankruptcy schedules.

IT IS FURTHER ORDERED that a copy of this Order, Notice in the form attached to the Motion as Exhibit A and a Proof of Claim form shall be served on all parties-in-interest pursuant to Fed.R.Bankr.P. 2002(a)(7) by October 30, 2009.

Dated this 20th day of October, 2009.

BY THE COURT:

*Elizabeth E. Brown* _____
Elizabeth E. Brown,
United States Bankruptcy Judge