**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COLORADO DENVER DELIVERY, INC. | ) | Case No. 09-28669 EEB |
| EIN: 84-0689216 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND**
**REQUEST FOR ENTRY OF ORDER**

___

On March 8, 2010, Colorado Denver Delivery, Inc., Debtor-in-possession herein ("Movant"), through its counsel Sender & Wasserman, P.C., filed a motion pursuant to L.B.R. 9013-1 entitled Motion to Approve Stipulation Between Debtor and Citywide Banks Regarding Sale of Vehicles ("Motion"). On March 17, 2010, Movant, through its counsel, filed a notice pursuant to L.B.R. 9013-1.1 of the Motion ("Notice"). Movant hereby certifies that the following is true and correct:

1. Service of the Motion and proposed order was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. as is shown on the Certificate of Service L.B.R. Form 9013-1.2, previously filed with the Motion on March 8, 2010.

2. Service of the Notice was timely made on all creditors pursuant to L.B.R. 9013-1 and 2002-1 as is shown on the Certificate of Service L.B.R. Form 9013-1.2, previously filed with the Notice on March 17, 2010.

3. The docket numbers for each of the following relevant documents are:

    a. the Motion and all documents attached thereto and served therewith (Docket No. 173);
    b. the Notice (Docket No. 178);
    c. the Certificate of Service of the Motion (Docket No. 173);
    d. the Certificate of Service of the Notice, (Docket No. 178); and
    e. the proposed order, (Docket No. 173).

4. Objections were due to be filed with the Court no later than March 31, 2010.

5. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the Notice.

      WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was previously submitted, granting the requested relief.

DATED this 1st day of April, 2010.

                                                  Respectfully submitted,

                                                  SENDER & WASSERMAN, P.C.

                                                  */s/ David V. Wadsworth*
                                                  David V. Wadsworth, #32066
                                                  1660 Lincoln Street, Suite 2200
                                                  Denver, Colorado 80264
                                                  303-296-1999 / 303-296-7600 FAX
                                                  dvw@sendwass.com
                                                  Attorneys for the Debtor-in-Possession

---

Court Use Only:  The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for a hearing on this motion have been entered.

Dated:                                                     _____
                                                      Signature of Deputy Clerk